# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DERICK OKWAN, ) | |
|    Plaintiff, ) | CIVIL ACTION FILING NO. |
| ) | 1:17-cv-02269 |
| v. ) | |
| ) | |
| EMORY HEALTHCARE, INC.; ) | |
| EMORY UNIVERSITY; and ) | |
| HUI-KUO SHU, ) | |
|    Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Derick Okwan, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order adopting the Final Report and Recommendation which granted Summary Judgment in favor of Defendant, entered in this action on the 18th day of March, 2020.

      Respectfully submitted,

      THE KIRBY G. SMITH LAW FIRM, LLC

      s/Kirby G. Smith
      Kirby G. Smith
      Georgia Bar No. 250119
      Micah Barry
      Georgia Bar No. 103184
      *Attorneys for Plaintiff*

THE KIRBY G. SMITH LAW FIRM, LLC
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T:  (844) 454-7529
F:  (877) 352-6253
kgs@kirbygsmith.com

## **FONT AND POINT CERTIFICATION**

The Undersigned counsel for Plaintiff certifies that the within and foregoing **NOTICE OF APPEAL** was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 17th day of April, 2020.

             Respectfully submitted,
             THE KIRBY G. SMITH LAW FIRM, LLC

             s/Kirby G. Smith
             Kirby G. Smith
             Georgia Bar No. 250119
             Micah Barry
             Georgia Bar No. 103184
             *Attorneys for Plaintiff*

THE KIRBY G. SMITH LAW FIRM, LLC
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T:  (844) 454-7529
F:  (877) 352-6253
kgs@kirbygsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2020, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to the attorneys of record for Defendant.

        Respectfully submitted,
        THE KIRBY G. SMITH LAW FIRM, LLC

        s/Kirby G. Smith
        Kirby G. Smith
        Georgia Bar No. 250119
        Micah Barry
        Georgia Bar No. 103184
        *Attorneys for Plaintiff*

THE KIRBY G. SMITH LAW FIRM, LLC
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T:  (844) 454-7529
F:  (877) 352-6253
kgs@kirbygsmith.com